IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-525-FDW-DCK

| | |
|---|---|
| APEX HOMES, INC. & LEONARD R. WATTS, <br><br> Plaintiff, <br><br> vs. <br><br> MANAGEMENT SOLUTIONS, INCORPORATED, <br><br> Defendants. | **ORDER TO ADMIT PRO HAC VICE** |

Upon motion, for good cause shown, pursuant to Local Rule 83.1(b), it is ordered that attorney Todd A. Hoodenpyle of the firm, Singer & Levick, P.C., is hereby admitted *pro hac vice* for the purpose of representing Defendants Management Solutions, Incorporated in the above-captioned action. Attorney A. Cotten Wright, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: November 19, 2008

David C. Keesler
United States Magistrate Judge