IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-00525-FDW

| | |
|---|---|
| APEX HOMES, INC. and LEONARD R. WATTS, <br><br> Plaintiffs, <br><br> vs. <br><br> MANAGEMENT SOLUTIONS, INC., WENDELL JACOBSON and SUMMIT SHORES, LLC, <br><br> Defendants. | ORDER |

By consent of the parties, as indicated by the signatures of their respective counsel below, the Court does hereby FURTHER EXTEND the Temporary Restraining Order entered in this case by the Superior Court for Mecklenburg County, North Carolina, the Honorable Robert C. Ervin presiding, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, through December 10, 2008 at 5:00 PM, for the reason that the parties agree that such further extension will promote the possibility of resolution of the controversy and convenience in scheduling further proceedings on the motion for preliminary injunction in the event they are needed, and does REMAND this action to the Superior Court for Mecklenburg County, North Carolina. No party waives any argument concerning the merits, including, but not limited to, disputing the membership of any member in Summit Shores, LLC.

IT IS SO ORDERED                    Signed: November 21, 2008

Frank D. Whitney
United States District Judge

CONSENTED TO:

| | |
|---|---|
| /s/J. Daniel Bishop<br>Bishop, Capitano & Moss, P.A.<br>4521 Sharon Rd, Suite 350<br>Charlotte, NC  28211<br>Phone:  (704) 716-1200<br>Fax:  (704) 716-1201<br>Email:  dbishop@bcandm.com<br><br>Attorney for Plaintiffs | /s/Todd A. Hoodenpyle<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX  75001<br>Phone:  (972) 380-5533<br>Fax:  (972) 380-5748<br>Email:  Hoodenpyle@singerlevick.com<br><br>/s/A. Cotten Wright<br>Grier, Furr & Crisp, P.A.<br>101 N. Tryon St., Suite 1240<br>Charlotte, NC  28246<br>Phone:  (704) 332-0207<br>Fax:  (704) 332-0215<br>Email:  cwright@grierlaw.com<br><br>Attorneys for Defendants |